■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RADAMES ROSADO, Appellant.—Judgment, Supreme Court, New York County (Eve Preminger, J.), rendered on January 18, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Sandler, Fein and Asch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JACK JONES, Appellant.—Appeal from the judgment of Supreme Court, New York County (Brenda Soloff, J.), rendered on April 29, 1983, withdrawn. No opinion. Concur—Kupferman, J. P., Sandler, Carro, Fein and Milonas, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MACK RICHARDSON, Also Known as DAVID PARKER, True Name ERNEST MACK, Appellant.—Judgment, Supreme Court, New York County (Brenda Soloff, J.), rendered on August 21, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sandler, J. P., Milonas, Kassal, Rosenberger and Ellerin, JJ.